# United States District Court

__SOUTHERN__ DISTRICT OF __TEXAS__

## McALLEN DIVISION

UNITED STATES OF AMERICA
V.
Martin CASTANEDA-Nuncio

AKA:
IAE    YOB: 1976
Mexico
(Name and Address of Defendant)

# CRIMINAL COMPLAINT

United States District Court
Southern District Of Texas
**FILED**
DEC 20 2019
David J. Bradley, Clerk

Case Number: M-19-3108-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __November 26, 2019__ in __Hidalgo__ County, in the __Southern__ District of __Texas__ defendants(s) did,
*(Track Statutory Language of Offense)*

being then and there an alien who previously has been deported from the United States to Mexico in pursuance of law, and thereafter was found near Edinburg, Texas within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326(a)(b)__ __(Felony)__
I further state that I am a(n) __Deportation Officer__ and that this complaint is based on the following facts:

On November 26, 2019, Martin CASTANEDA-Nuncio a citizen of Mexico was encountered by Immigration Officers at the Hidalgo County Jail in Edinburg, Texas. An Immigration Detainer was placed upon the defendant and was subsequently remanded into the custody of Immigration and Customs Enforcement on December 19, 2019. Record checks revealed the defendant was deported, excluded or removed from the United States to Mexico on January 6, 2017 via Laredo, Texas. The defendant was instructed not to return without permission from the Attorney General or the Secretary of Homeland Security of the United States. On August 3, 2016, the defendant was convicted of Possession of Control Substance PG 1 < 1G State Jail Felony and sentenced to fifty (50) days confinement.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Complaint approved by AUSA _____

_____
Signature of Complainant

Arnulfo Rodriguez    Deportation Officer
Printed Name and Title of Complainant

Sworn to before me and subscribed in my presence,

December 20, 2019
Date

at McAllen, Texas
City and State

J. Scott Hacker    U.S. Magistrate Judge
Name and Title of Judicial Officer

_____
Signature of Judicial Officer